■ Anthony J. Palmiotto et al., Respondents, v Wooster Parking Corp., Appellant. [49 NYS3d 292]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Shlomo S. Hagler, J.), entered on or about March 15, 2016, and said ap-

peal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated March 7, 2017, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Richter, J.P., Mazzarelli, Kahn and Gesmer, JJ.